Not for Publication

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASAL HAJI ABDOLAI, <br><br> Plaintiff, <br><br> v. <br><br> ALEJANDRO MAYORKAS, *et al.*, <br><br> Defendants. | Civil Action No.: 24-7628 (ES) <br><br> ORDER |

**SALAS, DISTRICT JUDGE**

**THIS MATTER** comes before this Court on defendants Alejandro Mayorkas, John Thompson, Ur M. Jaddou, and Merrick Brian Garland's (together, "Defendants") motion to dismiss plaintiff Asal Haji Abdolai's ("Plaintiff") complaint (D.E. No. 1 ("Complaint")) pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). (D.E. No. 9). Having considered the parties' submissions without oral argument (*see* Fed. R. Civ. P. 78(b); L. Civ. R. 78.1(b)), and for the reasons set forth in this Court's accompanying opinion,

**IT IS** on this 10th day of June 2025,

**ORDERED** that Defendant's motion to dismiss (D.E. No. 9) is **GRANTED**; and it is further

**ORDERED** that the Complaint is **DISMISSED** *without prejudice*; and it is further

**ORDERED** that Plaintiff may file an amended complaint within thirty (30) days of the date of this Order if she can remedy the deficiencies identified in the Court's accompanying Opinion; and it is further

**ORDERED** that if an amended complaint is not filed within thirty (30) days, the dismissal will ripen into a dismissal *with prejudice*; and it is further

**ORDERED** that the Clerk of Court shall **CLOSE** this matter.

*s/ Esther Salas*
**Esther Salas, U.S.D.J.**
